[No. 9061-9-II.   Division Two.   May 16, 1988.]

LEON FOX, ET AL, *Respondents,* v. WILLIAM C. SMITH, ET AL, *Respondents,* RON ROSS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-2-01094-4, William E. Howard, J., entered July 8, 1985. *Affirmed in part, reversed in part,* and

*remanded* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.